| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | MEGAN T. HOPKINS, SBN # 294141<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant<br>JAMES GRAYCZYK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  6:14-mj-00094 MJS |
|  | ) |  |
| Plaintiff, | ) | **REQUEST FOR RULE 43 WAIVER OF** |
|  | ) | **APPEARANCE FOR DEFENDANT; ORDER** |
| vs. | ) | **THEREON** |
|  | ) |  |
| JAMES GRAYCZYK, | ) |  |
|  | ) | Date:   November 5, 2014 |
| Defendant. | ) | Time:   9:00 a.m. |
|  | ) | Judge: Hon. Michael J. Seng |

Pursuant to F. R. Crim. P. 43(b)(2), Defendant, James Grayczyk, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Defendant has been charged with one count of being in the park under the influence of alcohol, in violation of 36 C.F.R. § 2.35(c).  On September 3, 2014, this Court appointed the Office of the Federal Defender to represent Mr. Grayczyk.  At the initial appearance, Defendant

intends to enter a not guilty plea and request that the Court order that discovery be provided to defense counsel.

Defendant makes this request for a waiver of appearance because he currently resides in Chicago, Illinois, where he attends graduate school. In addition to the negative impact his absence may have on his graduate coursework, the price of a plane ticket from Chicago to Yosemite National Park would impose a significant financial burden on Defendant. This request is made pursuant to Fed.R.Crim.P. 43(b)(2).

DATED:  October 2, 2014          /s/ *James Grayczyk*
                                 James Grayczyk

DATED:  October 2, 2014          /s/ *Megan T. Hopkins*
                                 Megan T. Hopkins
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 James Grayczyk

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:   October 7, 2014              /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE