HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar # 294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JAMES GRAYCZYK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:14-mj-00094-MJS |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING AND FOR DEFENDANT TO APPEAR BY VIDEO CONFERENCE ; ORDER THEREON** |
| vs. | |
| JAMES GRAYCZYK, | Date:   December 2, 2014 |
| Defendant. | Time:  10:00 a.m. |
| | Judge: Hon. Michael J. Seng |

**IT IS HEREBY STIPULAT**ED by and between the parties hereto through their respective counsel, MATTHEW MC NEASE, Acting Legal Officer, counsel for the government, and MEGAN T. HOPKINS, Assistant Federal Defender, counsel for the defendant, JAMES GRAYCZYK, that the initial appearance be continued December 2, 2014 and be set as a change of plea hearing in this matter. **The date currently set for initial appearance is November 5, 2014. The requested new date is December 2, 2014, at 10:00 a.m.**

The parties also stipulate and thereby jointly move this Court to permit the defendant, JAMES GRAYCZYK, to waive his right to be personally present at his hearing, and instead appear by video conference from a United States District Court Northern District of Illinois.  The parties make this request pursuant to Fed. R. Crim. P. 43(b)(2).

Mr. Grayczyk is currently living in Palatine, Illinos and working full time.  It would pose a considerable hardship for him to return to Yosemite in November.  Mr. Grayczyk requests that

the Court accept his waiver of his right to be personally present at the proceedings on December 2, 2014. Mr. Grayczyk agrees that his interests shall be represented at all times by the presence of his attorney of record, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present.

                                                     Respectfully submitted,

                                                     BENJAMIN J. WAGNER  
                                                     United States Attorney

Dated: November 3, 2014                     /s/ Matthew McNease  
                                                     MATTHEW McNEASE  
                                                     Acting Legal Officer  
                                                     National Park Service  
                                                   Yosemite National Park

Dated: November 3, 2014                    HEATHER E. WILLIAMS  
                                                   Federal Defender

                                                   /s/ Megan T. Hopkins  
                                                   MEGAN T. HOPKINS  
                                                   Assistant Federal Defender  
                                                   Attorneys for Defendant  
                                                   JAMES GRAYCZYK

## **O R D E R**

Good cause appearing, the above stipulation to continue hearing and for defendant to appear via video conference in case No. 6:14-mj-00094-MJS is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated:   November 3, 2014            /s/ *Michael J. Seng*  
                                                UNITED STATES MAGISTRATE JUDGE